United States District Court
Southern District of Texas
**ENTERED**
July 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA MARBLEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-3396 |
| | § | |
| TEAMSTER LOCAL 988, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the Court are 27 motions by the parties, that the Court hereby addresses in this Order:

1. Plaintiff's Motions pertaining to objections for this case to be heard by Magistrate Judge Sam Sheldon (Doc. Nos. 12, 25);

2. First Motions to Dismiss from defendants Michael Honer, Rhonda Russel, Shebrenna Tangarife, and Teamster Local 988 (collectively, "Defendants") (Doc. Nos. 18, 19, 20);

3. Plaintiff's Motions of Constitutionality for Jurisdiction of the Court (Doc. Nos. 23, 26, 27);

4. Plaintiff's Motion for Hearing to Challenge Constitutionality of Defendant's Answer (Doc. No. 30);

5. Plaintiff's Error in Filing Motions (Doc. No. 43);

6. Plaintiff's Motion for Trial by Jury (Doc. No. 45);

7. Plaintiff's Motion for No New Parties (Doc. No. 46);

8. Plaintiff's Motions for Default Judgment Against Teamster Local 988, Michael Offord, Michael Honer, Rhonda Russel, and Shebrenna Tangarife (Doc. Nos. 47, 48, 49, 50, 51, 58);

9. Plaintiff's Motion for a Temporary Restraining Order (Doc. No. 55);

10. Defendants Michael Honer, Rhonda Russell, Shebrenna Tangarife, and Teamster Local 988's Motions to Strike Plaintiff's Amended Complaint at Docket Entry 54 (Doc. Nos. 59, 60, 61, 63);

11. Plaintiff's Motions to Challenge Constitutionality of Def's Answer Hearing (Doc. Nos. 68, 75);

12. Plaintiff's Motion for Recusal (Doc. No. 77); and

13. Plaintiff's Motion to Appeal to the United States Court of Appeals for the Fifth Circuit (Doc. No. 78).

Given that the Defendants have filed Motions to Dismiss in response to Plaintiff's Second Amended Complaint (Doc. No. 54), this Court retroactively grants leave for it to be filed and hereby finds that the Second Amended Complaint is the live, operative pleading in the case. Accordingly, all of Defendants' Motions to Strike (Doc. Nos. 59, 60, 61, 63) are **DENIED** and Defendants' First Motions to Dismiss (Doc. Nos. 18, 19, 20) are **DENIED** as moot. The Court will address the merits of Defendants' Second [set of] Motions to Dismiss (Doc. Nos. 64, 65, 67, 69, 72, 76) in response to Plaintiff's Second Amended Complaint (Doc. No. 54) in a separate order.

Plaintiff's Motions objecting for this case to be heard by Magistrate Judge Sam Sheldon (Doc. Nos. 12, 25) are **GRANTED** and this Court will rule on all of the pending motions and will not refer this case to Judge Sheldon.

Plaintiff's Motions of Constitutionality for Jurisdiction of the Court request Defendants' counsels' "Oath of Office, Bond Number, Bar Number, License Number, Bar Membership Card, Bond Information." (Doc. Nos. 23, 26, 27) are **DENIED**. This information is not relevant to the claims in this case and counsel for Defendants are not required to provide this information to Plaintiff.

Defendants Teamster Local, Michael Offord, Michael Honer, Rhonda Russel, and Shebrenna Tangarife have properly and sufficiently appeared and responded to the lawsuit. All of these Defendants also responded to Plaintiff's various Motions for Default Judgment against them. (Doc. Nos. 52, 53). Therefore, Plaintiff's Motions for Default Judgment against Teamster Local 988, Michael Offord, Michael Honer, Rhonda Russel, and Shebrenna Tangarife (Doc. Nos. 47, 48, 49, 50, 51, 58) are **DENIED**.

Plaintiff's Motion for a Temporary Restraining Order (Doc. No. 55) requests this Court to bar counsel for Defendants. Plaintiff has not stated a factual or legal basis for such a basis. Accordingly, this Motion is **DENIED**.

Plaintiff has also stated no substantive basis for requesting recusal, nor does this Court *sua sponte* find any basis to do so. Accordingly, Plaintiff's Motion for Recusal (Doc. No. 77) and Motion to Appeal to the United States Court of Appeals for the Fifth Circuit regarding recusal (Doc. No. 78) are **DENIED**. That issue may be raised when the entire case is appealed.

Plaintiff's Motion for a Jury Trial is hereby **GRANTED**. (Doc. No. 45).

Plaintiff's Motion for Hearing (Doc. No. 30), Plaintiff's Error in Filing Motions (Doc. No. 43), Plaintiff's Motion for No New Parties (Doc. No. 46), and Plaintiff's Motions to Challenge Constitutionality of (sic) Answer Hearing (Doc. No. 68, 75) are **DENIED**.

For the foregoing reasons, Plaintiff's Motion for a Jury Trial and objections to a referral to the Magistrate Court are hereby **GRANTED**. (Doc. Nos. 12, 25, 45). All other motions discussed in this Order are hereby **DENIED**. (Doc. Nos. 18, 19, 20, 23, 26, 27, 30, 43, 45-51, 55, 58, 59-61, 63, 68, 75, 77, 78).

Signed at Houston, Texas, this 24th day of July, 2023.

Andrew S. Hanen
United States District Judge